# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Statesboro Division

United States of America )
v. )
Richard Williams )
) Case No: CR604-00010-003
) USM No: 11991-021
Date of Previous Judgment: April 5, 2006 ) Matthew K. Hube
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: 29        Amended Offense Level: 27
Criminal History Category: V      Criminal History Category: V
Previous Guideline Range: 140 to 175 months    Amended Guideline Range: 120 to 150 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS
The Court notes the defendant's original sentence of 175 months was later reduced to 135 months, and that sentence falls within the range of his new advisory guideline range. The Court contends a sentence of 135 months adequately addresses the sentencing factors found at 18 U.S.C. § 3553(a).

Except as provided above, all provisions of the judgment dated April 5, 2006 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 9-23-08

Judge's signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia

Effective Date: _____
(if different from order date)                Printed name and title