UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Richard Williams | ) | CASE NO. CR604-00010-003 |

## ORDER

On September 23, 2008, the Court denied Defendant's Motion For Reduction Of Sentence Pursuant to 18 U.S.C. § 3582(c)(2). On October 1, 2008, Defendant filed another motion asking the Court for a sentence reduction pursuant to 18 U.S.C. § 3582(c). The Court assumes that Defendant did not receive a copy of the Court's Order dated September 23, 2008, prior to filing another motion in which he requests a reduction in his sentence. For the same reasons set forth in the Court's original Order (Doc. 332) as to Defendant's request, the Motion is **DENIED**.

**SO ORDERED**, this ____ day of October, 2008.

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia